788

cuit Court of Appeals for the Ninth Circuit denied. *Harold C. Faulkner* for petitioner. *Chellis M. Carpenter* for respondent.

No. 633. SUPERIOR PACKING CO. *v.* PORTER, PRICE ADMINISTRATOR. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Theodore E. Rein* for petitioner. *Acting Solicitor General Washington, John R. Benney, George Moncharsh, David London* and *Albert J. Rosenthal* for respondent.

No. 640. BAILEY FARM DAIRY CO. ET AL. *v.* ANDERSON, SECRETARY OF AGRICULTURE. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Karl P. Spencer, Max O'Rell Truitt* and *William D. Donnelly* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Berge, Charles H. Weston* and *J. Stephen Doyle, Jr.* for respondent.

No. 641. LOUISVILLE PROVISION CO. *v.* COMMISSIONER OF INTERNAL REVENUE. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Chas. I. Dawson* and *A. Shelby Winstead* for petitioner. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *Newton K. Fox* for respondent.

No. 651. MORRIS INVESTMENT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. December 9, 1946. Pe-